982 A.2d 61

COMMONWEALTH of Pennsylvania, Respondent

v.

Eliezer PEREZ, Petitioner.

Supreme Court of Pennsylvania.

Sept. 1, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of September, 2009, the Petition for Allowance of Appeal and "Petitioner's Application for Appointment of Counsel for Petition for Allowance of Appeal" are denied.